Crotty, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-3-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
MARIANNE T. O'TOOLE, AS DISTRIBUTING
AGENT FOR THE ESTATES OF TRINSUM
GROUP, INC., AND INTEGRATED FINANCE      Civ. No. 1:12-cv-03629 (PAC)
LIMITED, LLC,

                Plaintiff-Appellants,

v.

JAMES McTAGGART, BRIAN BURWELL,
RONALD LANGFORD, KENNETH FAVARO,
JOSE LUIS DAZA, DAVID DEMING,
NEAL KISSEL, MASON KISSELL, ROBERTO
MENDOZA, ROBERT MERTON, AND
EUGENE SHANKS, JR.,                       Adv. Pro. No. 11-01284(MG)

                Defendants-Appellees.
-----------------------------------------------------------X

### NOTICE OF FED. R. CIV. P. 41 DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff-appellant Marianne T. O'Toole, as Distributing Agent of the jointly administered cases of Trinsum Group, Inc., et al., hereby dismisses this action, with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: May 29, 2013

SO ORDERED: 6-3-13

_____
U.S.D.J.

PLAINTIFF-APPELLANT,
MARIANNE T. O'TOOLE,
DISTRIBUTING AGENT FOR THE
ESTATES OF TRINSUM GROUP, INC.
& INTEGRATED FINANCE LIMITED,
LLC

_Simon I. Allentuch_
Simon I. Allentuch
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone 203-821-2000
Facsimile 203-821-2008
sallentuch@npmlaw.com

1